# Exhibit A



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION - Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Charmaine Johnson
_____
*Plaintiff(s)*

v.                                                      Case No: 2024cab005871

**Christopher Wray**
_____
*Defendant(s)*

### NOTICE AND ACKNOWLEDGMENT OF SERVICE

To (insert name and address of the party to be served):
Christopher Wray
_____
Washington DC FBI
_____
935 Pennsylvania Ave NW
_____
Washington, DC 20535

The enclosed summons, complaint, initial order, and any addendum are served in accordance with Superior Court Rule of Civil Procedure 4(c)(5).

Please sign and date the Acknowledgement at the bottom of the page. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, please indicate your relationship to that entity in the space beside your signature. If you are served on behalf of another person and you are authorized to receive process, please indicate your authority in the space beside your signature.

If you do not complete and return the form to the sender within 21 days after it was mailed and you do not show good cause for this failure, you (or the party on whose behalf you are being served) will be required to pay 1) the costs incurred in serving the summons, complaint, initial order, and any addendum in any other manner permitted by law and 2) the reasonable expenses, including attorney's fees, for any motion required to collect those service expenses.

If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within 21 days after you have signed, dated, and returned the form (or within 60 days if the party being served is the United States, the District of Columbia, or officers or employees of either). If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint, Initial Order, and Any Addendum was mailed on (insert date): 9/20/24 .

_____                              9/20/24
*Signature*                                          _____
                                                     *Date of Signature*

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS,
### COMPLAINT, INITIAL ORDER, AND ANY ADDENDUM

I (print name) _____ received a copy of the summons, complaint, initial order, and any addendum in the above captioned matter at (insert address): _____
_____
_____

_____          _____          _____
*Signature*                      *Relationship to Defendant/Authority*    *Date of Signature*
                                 *to Receive Service*

Para pedir una traducción, llame al (202) 879-4828          如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction
Để có một bài dịch, hãy gọi (202) 879-4828          የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ          번역을 원하시면, (202) 879-4828 로 전화주십시요

CA 1-A [Rev. June 2017]                                                          Super. Ct. Civ. R. 4



**Superior Court of the District of Columbia**
**Civil Division - Civil Actions Branch**
**500 Indiana Ave NW, Room 5000, Washington DC 20001**
**202-879-1133 | www.dccourts.gov**

**Case Number:** 2024-CAB-005871

**Case Style:** Charmaine Elizabeth Johnson v. Christopher Wray

### INITIAL ORDER

| Initial Hearing Date: | Initial Hearing Time: | Courtroom Location: |
| --- | --- | --- |
| Friday, 12/20/2024 | 9:30 AM | Remote Courtroom 219 |

**Please see attached instructions for remote participation.**

Your case is assigned to Associate Judge Ebony M Scott.

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

1) This case is assigned to the judge and calendar designated above. All future filings in this case shall bear the calendar number and judge's name along with the case number in the caption.

2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of the summons, the complaint, and this Initial Order. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4.

3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

4) At the time stated above, all counsel and unrepresented parties shall participate in a hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients before the hearing whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this hearing.

5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference once, with the consent of all parties, to either of the two succeeding days when the calendar is called. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date. No other continuance will be granted except upon motion for good cause shown.

6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Anita M. Josey-Herring

## ACCESSIBILITY AND LANGUAGE ACCESS

### Persons with Disabilities:

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

### Interpreting and Translation Services:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

### Servicios de interpretación y traducción:

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

### የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች:

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘሩን የጸሀፊ ቢሮ (ክለርክ'ስ ኦፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

# Tips for Attending Remote Hearings - Civil Division

*Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

## How do I know if I have a remote hearing?

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you.



## How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing.

If you lose your written notice, call the Civil Actions Clerk's Office for instructions at:

📞 202-879-1133

## Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

   Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.

- You can also find the list of legal services providers at www.dccourts.gov/services/represent-yourself by clicking on the link that says, "List of Legal Service Providers for Those Seeking an Attorney or Legal Advice".

- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.

- Witnesses: tell the judge if you want a witness to testify at your hearing.

- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

## Tips for the Hearing



- Join the hearing a few minutes early!

- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.

- Mute your microphone when you are not talking. Mute all sounds on your phone or computer.

- Say your name before you speak so the record  is clear. Be prepared to identify your role in the hearing (e.g., observer, plaintiff, defendant, witness, etc.).

- Speak slowly and clearly so everyone hears what you are saying.

- Pause before speaking in case there is a lag. Use a headset or headphones if you can. This will free up your hands and sound better.

- Try not to talk over anyone else. Only one person can speak at a time. If you talk while someone else is talking, the judge will not be able to hear you.

- Have all your documents for the hearing in front of you. Have a pen and paper to take notes.

- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.

- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them know that you are having technical issues.

## Special Tips for Video Hearings
### (Click here for more information)

- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.

- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.

- Look at the camera when you speak and avoid moving around on the video.

- Wear what you would normally wear to court.

- Sit in a well-lit room with no bright lights behind you.

- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.




# Tribunales del Distrito de Columbia

## Consejos para usar los sitios de audiencia remota de los Tribunales de DC

Los Tribunales de DC disponen de **sitios de audiencia remota** en distintos centros de la comunidad para ayudar a que las personas que no tienen dispositivos informáticos o servicio de Internet en su casa puedan participar en audiencias remotas programadas. Los Tribunales honran el compromiso de mejorar el acceso de toda la población a la justicia.

En toda la comunidad hay seis sitios de acceso remoto que funcionarán de **lunes a viernes, de 8:30 am a 4:00 pm**.

**Los centros de acceso remoto son:**

**Sitio Remoto - 1**
Balance and Restorative Justice Center
1215 South Capitol Street, SW
Washington, DC 20003

**Sitio Remoto - 2**
Balance and Restorative Justice Center
1110 V Street, SE
Washington, DC 20020

**Sitio Remoto - 3**
Balance and Restorative Justice Center
118 Q Street, NE
Washington, DC 20002



**Sitio Remoto - 4**
Balance and Restorative Justice Center
920 Rhode Island Avenue, NE
Washington, DC 20018

**Sitio Remoto - 5**
Reeves Center
2000 14th Street, NW, 2nd Floor
Community Room
Washington, DC 20009

**Sitio Remoto - 6**
Reeves Center
2000 14th Street, NW, Suite 300N
Office of the Tenant Advocate
Washington, DC 20009
*No se puede entrar sin cita previa*

Si desea usar un sitio remoto para su audiencia, llame al **202-879-1900** o envíe un mensaje de correo electrónico a DCCourtsRemoteSites@dcsc.gov **al menos 24 horas antes de la audiencia, para reservar una estación de computadora de acceso remoto.** Si necesita adaptaciones especiales, como un intérprete para la audiencia, llame **al 202-879-1900 al menos 24 horas antes de la audiencia para que los Tribunales puedan hacer los arreglos necesarios.**

**\*Cuando concurra al sitio programado debe llevar los siguientes artículos\***

1. Su **número de caso** y todos los **hipervínculos** que le hayan proporcionado los Tribunales para la audiencia programada.

2. Cualquier documento que necesite para la audiencia (prueba), incluidos documentos probatorios, recibos, fotos, contratos, etc.

3. Materiales para tomar nota, como papel y lápiz.

**\*Los sitios de acceso remoto cuentan con medidas de seguridad y protección.**

**Información de contacto para programar su estación de computadora de acceso remoto:**
Teléfono: **202-879-1900**
Correo electrónico: DCCourtsRemoteSites@dcsc.gov



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

FILED
CIVIL DIVISION
SEP 12 2024
Superior Court of the
District of Columbia

Case No. 2024 - 587

## COMPLAINT

Jurisdiction of this Court is founded on D.C. Code § 11-921.

CHARMAINE ELIZABETH JOHNSON / WASHINGTON D.C. FBI
**PLAINTIFF**        vs   **DEFENDANT** Christopher Wray (Director)

4601 S Broadway        935 Pennsylvania Ave NW
Address (No Post Office Boxes)        Address (No Post Office Boxes)

Los Angeles CA. 90037   WASHINGTON DC 20535
City    State    Zip Code        City    State    Zip Code

Telephone Number        Telephone Number

Charmaine.est@yahoo.com
Email Address (optional)        Email Address (optional)
CharmaineElizabethJohnson@
gmail.com

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

Preventing e-mail. Preventing health, deleting my E business advertisements. Attempting to steal my book.

The FBI in D.C. are penetrating the public libraries in collaboration with the police. They are dispensing Chemicals into my consumables to prevent my fertility, burning through my kidneys and urinary track And I am also being injected and sliced in the night, while being dispensed date rape drugs.

2. What relief are you requesting from the Court? Include any request for money damages.

I would like the FBI to stop stalking me, and dispensing Chemicals into my Consumables. And also to discontinue any association with my businesses. $700,000 in damages. end the theft.

3. State any other information, of which the Court should be aware:

The FBI are using light grey
Vehicles on the road to indicate
there presence. They are indicating
that they are Stalking me everywhere
I go, and they are also assisting
with theft of my businesses and
attempted murder and assault; they
are assisting Donald J. Trump.
I would also like to press criminal
charges against all parties involved.

**SIGNATURE**

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

**SIGNATURE**

09/12/2024
**DATE**

Subscribed and sworn to before me this _____ day of _____ 20_____.

_____
(Notary Public/Deputy Clerk)

2



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Charmaine E Johnson
_____
Plaintiff

vs.                                    **2024    5871**

Christopher Wray (D.C. FBI)
_____
Defendant                              Case Number

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Charmaine E Johnson
_____
Name of Plaintiff's Attorney

4601 S Broadway                By _____
_____
Address                        Clerk of the Court

Los Angeles CA 90037
_____
                               Date _____

_____
Telephone
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Dể có một bản dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주세요    የትርጉም እርዳታ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                    Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                    Demandante

contra

                                    Número de Caso: _____

_____
                                    Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                    *SECRETARIO DEL TRIBUNAL*

Nombre del abogado del Demandante

                                    Por: _____
Dirección                                    Subsecretario

                                    Fecha _____
Teléfono
如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
              번역이 필요하면(202) 879-4828 로 전화하십시요     በማንኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                    Super. Ct. Civ. R. 4

# Superior Court of the District of Columbia

CIVIL DIVISION - CIVIL ACTIONS BRANCH

INFORMATION SHEET    **2024    5871**

*Charmeine E Johnson*

Plaintiff(s)

Case Number: _____

vs

Date: _____

Defendant(s) _____

☐ One of the defendants is being sued in their official capacity.

| Name: *(Please Print)* | Relationship to Lawsuit |
|---|---|
| Firm Name: | ☐ Attorney for Plaintiff |
| | ☐ Self (Pro Se) |
| Telephone No.:        DC Bar No.: | ☐ Other: _____ |

TYPE OF CASE:    ☐ Non-Jury        ☐ 6 Person Jury        ☐ 12 Person Jury

Demand: $ _____        Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: _____    Judge: _____    Calendar #: _____

Case No.: _____    Judge: _____    Calendar #: _____

---

**NATURE OF SUIT:**    *(Check One Box Only)*

**CONTRACT**

☐ Breach of Contract
☐ Breach of Warranty
☐ Condo/Homeowner Assn. Fees
☐ Contract Enforcement
☐ Negotiable Instrument

**COLLECTION/INS. SUB**

☐ Debt Collection
☐ Insurance Subrogation
☐ Motion/Application for Judgment by Confession
☐ Motion/Application Regarding Arbitration Award

**EMPLOYMENT DISPUTE**

☐ Breach of Contract
☐ Discrimination
☐ Wage Claim
☐ Whistle Blower
☐ Wrongful Termination

---

**REAL PROPERTY**

☐ Condo/Homeowner Assn. Foreclosure    ☐ Ejectment    ☐ Other
☐ Declaratory Judgment    ☐ Eminent Domain    ☐ Quiet Title
☐ Drug Related Nuisance Abatement    ☐ Interpleader    ☐ Specific Performance

☐ **FRIENDLY SUIT**
☐ **HOUSING CODE REGULATIONS**
☐ **QUI TAM**
☐ **STRUCTURED SETTLEMENTS**

---

**ADMINISTRATIVE PROCEEDINGS**

☐ Administrative Search Warrant
☐ App. for Entry of Jgt. Defaulted Compensation Benefits
☐ Enter Administrative Order as Judgment
☐ Libel of Information
☐ Master Meter
☐ Petition Other

☐ Release Mechanics Lien
☐ Request for Subpoena

**MALPRACTICE**

☐ Medical – Other
☐ Wrongful Death

**AGENCY APPEAL**

☐ Dangerous Animal Determination
☐ DCPS Residency Appeal
☐ Merit Personnel Act (OEA)
☐ Merit Personnel Act (OHR)
☐ Other Agency Appeal

☐ **APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT**

---

CV-496/February 2023

# Information Sheet, Continued

**CIVIL ASSET FORFEITURE**
- ☐ Currency
- ☐ Other
- ☐ Real Property
- ☐ Vehicle

**NAME CHANGE/VITAL RECORD AMENDMENT**
- ☐ Birth Certificate Amendment
- ☐ Death Certificate Amendment
- ☐ Gender Amendment
- ☐ Name Change

**TORT**
- ☐ Abuse of Process
- ☑ Assault/Battery
- ☐ Conversion
- ☐ False Arrest/Malicious Prosecution
- ☑ Libel/Slander/Defamation
- ☐ Personal Injury
- ☐ Toxic Mass
- ☐ Wrongful Death (Non-Medical Malpractice)

**GENERAL CIVIL**
- ☐ Accounting
- ☐ Deceit (Misrepresentation)
- ☐ Fraud
- ☐ Invasion of Privacy
- ☐ Lead Paint
- ☐ Legal Malpractice
- ☐ Motion/Application Regarding Arbitration Award
- ☐ Other - General Civil

- ☐ Product Liability
- ☐ Request for Liquidation
- ☐ Writ of Replevin
- ☐ Wrongful Eviction

**CIVIL I/COMPLEX CIVIL**
- ☐ Asbestos

**MORTGAGE FORECLOSURE**
- ☐ Non-Residential
- ☐ Residential

**STATUTORY CLAIM**
- ☐ Anti – SLAPP
- ☐ Consumer Protection Act
- ☐ Exploitation of Vulnerable Adult
- ☐ Freedom of Information Act (FOIA)
- ☐ Other

**TAX SALE FORECLOSURE**
- ☐ Tax Sale Annual
- ☐ Tax Sale Bid Off

**VEHICLE**
- ☐ Personal Injury
- ☐ Property Damage

☐ **TRAFFIC ADJUDICATION APPEAL**

☐ **REQUEST FOR FOREIGN JUDGMENT**

_____
Filer/Attorney's Signature

_____
Date

CV-496/February 2023

been suggested throughout this attack to redivert me from my innovations, vocation and business developments. This is ultimately requested to bide time, so that the police, FBI and the parties involved can capitalize from my innovations

For over a week at the union station I worked a full day in the bathrooms cleaning alongside the Janitorial Staff. Simultaneously as I cleaned the police and FBI sent actors into the bathroom to mess up the work that I had done. In the night, as I slept outside the union Station the police went into my belonging and put blue marks - which indicates the police - on my clothing garments. They also put holes in my clothing, and damaged the ability for me to wear my belongings. The situation became so intolerable that during the night I left the station and slept at Wells Fargo bank. It was at

2



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_____  *Plaintiff*

vs.

_____  *Defendant*

Case No. __2 0 2 4____5 8 7 1__

this time that the police, and FBI,
arranged for my drink to be spiked
that I purchased at McDonalds. I
was dispesed a date rape drug which
sedated me, and my bag were entered
The reason for this sedation was to
steal samples of adultured consumables
that I had in my bag, to remove evide-
nce of attempted murder. During my
stay at the Union Station I was
dispensed chemicals in my bread,
beverages and meals that I purchases
at the station.

It was following this violation that
I expidited my departure from
Washington D.C. At that time,
again through immedo's while I was
provided with the funds to leave

3

Biden suggested that I went to New York which is the state that I fled from during the attack. The true reason he made this suggestion is so I could be robbed for my birth certificate and passport, and as a method to attempt to discredit me. After going through several attempts of murder, and the theft of my US. passport I returned to washington D.C. although this time my destination was Virginia (Richmond) with intentions to go to the news station.

When I arrived at Union Station it was like a dumpsite. The external of the station was covered with trash and they had strategically placed two black bags infront of the flags to indicate my businesses. This is a phenomenon that was very clear to me what was intended, as this is some-thing that they have done continuously on previous occasions. I cleaned the

4



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_____
                                    *Plaintiff*

         vs.                                                    Case No. 2024   5871

_____
                                    *Defendant*

Grounds, with a police camera situated near the flags, which was replaced with another camera when most of the trash was removed. As I cleaned the train station grounds, from morning until sunset there were actors strategically placed in each section of the grounds. Some of these people were homeless, while others were merely theatrically playing the role. They placed trash on the ground for me to empty often emptying out large amounts of trash for me to remove from the ground. Throughout this time I often went to the MLK Memorial library to complain through me online media as the absurdities were often unbearable. After around 7-10 days I decided to leave the site. As there was no true resolution,

5

and it was clear that I was not going to get a ticket to leave - to go to California - for the work I had done, and the situation concluded to be comparable to the last time that I was in Washington.

When I left the station, I went to the MLK library where I was again encouraged to open my e-mails and media on the hour, as I previously did in Princeton where they initiated a chemical attack to compuse my thought pattern. I was also designated to write daily posts. It was not long before a guy who had approached me at the Union Station with random verbal abuse approached me and punched me dead in the face. When this happened I called the police from the library, and I waited for nearly four hours and they did not arrive. I was then indirectly threatened - even the social service department appeared who was new to the library since my

6



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_____     *Plaintiff*

vs.

_____     *Defendant*

Case No. 2024  5871

last visit to Washington D.C. The last
time that I was in Washington Dc. the
police department were also not station-
ed in the library daily. It was only when
I went to clean the bathroom and rem-
oved fixtures to do so - that they appeared.
I believe they appeared due to prevent-
ion, as in Florida James Meisdner and his
theft team, including John the FBI agent,
lied and portrayed that I did not clean
the LA fitness efficiently, when it was
quite the contrary; the cleaning staff were
afraid that they were going to loose their
Job, as the members started to comment
that the gym was only cleaned properly
when I cleaned it; Just as a side note
this whole cleaning phenomenon is racially
driven, so it should not have even happened

7

in the first place. At the MLK library I was also required to clean the family bathroom and around the library in the mornings. Eventually after two years of this ridiculous abuse, with a back pack on my back, and also sleeping with the bag on my back I have started to obtain back pain, so at some point I was forced to prioritize my health, and limit this demand of cleaning the entire grounds with make shift items instead of a brush and dust pan; basic every day domestic items. As I cleaned I was also harrassed by people who were placed around the library to watch me clean. I was verbally abused, scrutinized for picking up the trash that I was required to remove, and another actor appeared and he harrassed me daily telling me I am broke, and he knows I do not even have a dollar, while he is a millionaire from the theft of my innovations. It concluded that this guys name was Anton Mitchell

8



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

_____
_____ Plaintiff

vs.

_____
_____ Defendant

Case No. **2024    5871**

and I believe that he was also sent
by the corrupt FBI and police, as there
were several distinctive factors that
indicated this.
(Conclusively I obtained a police report
in result of the initial assault by the
man who punched me in the face on
May 8th 2024 Cen #24082734
and I never saw this man again; he
was obviously tipped off by the police
that he was wanted for an arrest)
Anton Mitchell replaced the first
attack Just days later, and along
with expressing to me that I am broke
he also started to do enactments;
he would randomly appear when I woke
in the morning, put cigars in his mouth
to indicate San Bernadel's involvement

9

and make references such as "the police won't do anything to me" he was alluding to the fact that James Miesdner, Don and John (the FBI) sent him, thus he was protected.

On 05/31/2024 when I was speaking with a musician who was playing music outside the library, Anton randomly appeared as if he was again tipped that I was interacting with someone who associates with art, and he abruptly approached me and pulled a knife on me. An officer came to the scene, and asked me exactly what he said when he pulled the knife on me, this strangely was the officers focus. I advised the officer that I was in shock, so for a period of time what Anton said was irrelevent; I was focused on the knife. When the event happened, Indians also strangely appeared. A teenager also came on the scene and went to the officer and

10



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_____   *Plaintiff*

vs.

_____   *Defendant*

Case No. 2024 5871

asked him if he had heard about a
drive by shooting; it was clearly an
innuendo for the recording that was
alluding to the plan of a drive by
Shooting by the people involved in sending
Anton. There is a police report for this
incident, that the officer did not provide
me with. Later that night - in the
early hours in the morning on June 1st
2024 I was woken out of my sleep
by the arrival of Anton. For the
second time he threw my belongings
into the street; the first time he did
this was on 05/11/24, and at this time
he took my panties and suitcase, then
when he threw my belongings into the
road Cars Strategically came by and
drove over them. The Officer who

11



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_____ *Plaintiff*

vs.

_____ *Defendant*

Case No. **2024 5871**

resolve the situation, when they are
actually assisting Trump to keep me
on the streets. The police department,
in Washington D.C. have, in collaboration
with the FBI, have inflicted the most
vicious attack which includes attempted
murder, assault - through men who they
have sent to harm me - harrasment,
deformation of character and petty
vandalism. The police department in
Washington D.C. are also being used as a
vehicle to evoke these attack by Kamila
Harris and Joseph Biden.
When I arrived in Washington D.C. over
a year ago, the transit police, indirectly
through innuendo's, required that I
cleaned the bathrooms in the Union Station
This has been a racial request that has

1



# District of Columbia Courts

# Tips for Using DC Courts Remote



The DC Courts have **remote hearing sites** available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings. The Courts are committed to enhancing access to justice for all.

There are six remote access sites throughout the community which will operate: **Monday – Friday, 8:30 am – 4:00 pm.**

**The remote site locations are:**

**Remote Site - 1**
Balance and Restorative Justice Center
1215 South Capitol Street, SW
Washington, DC 20003

**Remote Site - 2**
Balance and Restorative Justice Center
1110 V Street, SE
Washington, DC 20020

**Remote Site - 3**
Balance and Restorative Justice Center
118 Q Street, NE
Washington, DC 20002



**Remote Site - 4**
Balance and Restorative Justice Center
920 Rhode Island Avenue, NE
Washington, DC 20018

**Remote Site - 5**
Reeves Center
2000 14th Street, NW, 2nd Floor
Community Room
Washington, DC 20009

**Remote Site - 6**
Reeves Center
2000 14th Street, NW, Suite 300N
Office of the Tenant Advocate
Washington, DC 20009
*** No walk-ins at this location***

If you want to use a remote site location for your hearing, call **202-879-1900** or email DCCourtsRemoteSites@dcsc.gov **at least 24 hours before your hearing to reserve a remote access computer station**. If you require special accommodations such as an interpreter for your hearing, please call **202-879-1900 at least 24 hours in advance of your hearing so the Courts can make arrangements**.

**\*You should bring the following items when you come to your scheduled site location\***

1. Your **case number** and any **hyperlinks** provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.

**\*Safety and security measures are in place at the remote sites.**

**Contact information to schedule your remote access computer station:**
Call: **202-879-1900**
Email:  DCCourtsRemoteSites@dcsc.gov

**To Join by Computer, Tablet, or Smartphone:**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb219

   Meeting ID: 129 315 2924

2) When you are ready, click "Join Meeting".
3) You will be placed in the lobby until the courtroom clerk gives you access to the hearing.

**Or to Join by Phone:**

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
2) Enter the Webex Meeting ID listed above followed by "##"

**Resources and Contact Information:**

1) For best practices on how to participate in Webex Meetings, click here https://www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch Clerk's Office at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Charmaine Jonnson _Plaintiff_

D.C Police vs. Dep

and _Defendant_

D.C FBI (Christopher Wray)

Police Case No: 2024-CAB -
Case No. 005776
and FBI case NO:

It was not progressive for me-intentionally- and found Somewhere secluded to write my lawsuite, while doing so I was subjected to a change of cars, continaully, and I was intentionally swarmed by mosquito's, which is why I found it to be a more appropiate environment to write in the courthouse. The following evening on my arrival to the library there was Spanish moped bikers placed outside the library indicating theft. So, I left the library and walked back down 7th Street and stopped at the nearest camera. I had a conversation with a guy who said his name was Miles who gave me some blue crocks, which represents the police. In the morning I woke up and did my normal routine, and when I was cleaning up the area I realized that they had proactively placed pennies on the ground

5 of 86

came to the scene on this occasion showed that it was evident that he knew Anton was sent to me by the police.

On this occasion when Anton threw my belongings into the street, he mainly threw blankets, as it was evident by the behavior of the officers at the library that they wanted me to be exposed to rob me. On that night they also actually moved all the homeless people from in front of the library, with the intent to really move me away from the camera's so they could rob me. After Anton threw my belongings in the street, he then proceeded to batter me with a white bar over my head. He did this violently and continuously.

A police officer appeared from the library Just following his departure, and asked me what

12



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_Plaintiff_

vs.

_Defendant_

Case No. 2024   5871

happened. This officer has shown
to represent James Meisdner, and
I believe he was watching the
footage on the camera's. The attack
was so brutal that Anton must
have been prompted to return, and
he casually walked by with food
in his hand that he just purchased.
The officer asked him if he assaulted
me, and he denied everything. This
officer then proceeded to put hand
cuffs on Anton, arrested him while
Anton left the food infront of me that
he just purchased. I believe James
Meisdner and the corruption involved
wanted me to eat this food, to
negate the fact that they had been
spiking my purchased consumables.

14

That day I was taken by ambulance to MedStar Washington Hospital Center with "Minor head injuries". While I was on the stretcher, and my belongings were in the ambulance they were vandalized; I observed police vehicles in the parking lot when I entered the hospital. This incident took place right before - the same morning - I was going to an event for assistance, with this racial attack. Following the attack the police continued to perform indications of their involvement for the camera's, they also shared their involvement with the new cafe, coincidently fronted by black people - the owner is ironically dead - who I believe partnered with the police (they certainly have expressed that they are partners with the MLK library) with the intentions to murder me as they knew that I was going to return to Washington

13



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_____   *Plaintiff*

vs.                                          Case No. 2024  5871

_____   *Defendant*

D.C. as they were stalking me, with the FBI, and preventing me from getting out of the situation and getting assistance. (Police report # for Anton Mitchell's assault # CCN 24 082734)

After this event I was sedated on almost a nightly basis from water I drank from the water fountain. I was injected in my sleep, and also my feet were sliced with a blade. My back pack was also entered and my tex papers were removed, and observed then folded and replaced. On the night of July: 07/22/2023 following being sedated by date rape drugs, my panties were removed and in the middle of my posteria sliced with a blade. When I woke

14

up that day I was assaulted by a man who had clearly indicated his involvement with the police and James Meisdner. He had also being placed beside me to sleep, and he was entering my bag while I was sedated. The officer who came to the scene falsifed the police report, although as displayed on the camera's I was attacked by this man and his pitbull dog, and beaten to the ground. He also-just as Anton Mitchel did- threw my belong-ings in the streets. This event also took place, coincidently, just before I was scheduled to go to another event, to negate the crimes that I was suffering. Strangely one of the officers also expressed that the Princeton Police were looking for me on a missing person's report by my family who was working with the Princeton police, and my family

15



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

_____  Plaintiff

vs.

_____  Defendant

Case No. 2024 . 5871

members attempted to murder me
before they left, after their surprize
visit prompted by the Princeton Police,
The officer who came to the call made
sure I walked away from the scene
- to get breakfast or my return he
had let the attacker go 07/23/24
CCN# 24112707. After one attack
I left the state and suffered a series
of attacks. After leaving D.C. returning
then leaving again I was dispensed
a date rape drug in Maryland, and
the evidence of the date rape dispense
in Wasington D.C. was removed in
Maryland and my clothes - certain
items were strategically saturated
on my return to Washington D.C.
on Pook 5th of September I was

16

dispensed a date rape drug. That night I slept infront of bread for the city and the comparable crime that happened in Baltimore -with the date rape drug and the pouring of water on my clothing- also took place outside bread for the city under the camera on the right hand side of the building.

The police have been stalking, harrasing me and determing my character, so in an effort to also discredit me they are also antagonizing me with petty crime.

On the night of the 7th I slept under the camera's at the Shaw library on 7th Street, and they sent someone to pierce my gloves so I could not clean.

On the night of Sept 9th at the Shaw library on 7th Street, the police sent someone to enter under my blanket, infront of the camera's

17



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

_____ Plaintiff

vs.

_____ Defendant

Case No. 2024 5871

there intentions were to steal out
of my bag; they showed signs of
this when I went to the police station
to make a police report, and when I
went to bread for the city.
I do not want the D.C. police
to follow me - or the FBI - for any
reason what-so-ever, as they are
intentionally dishonest and venture
to entrap me by alluding to the
fact that if I go to the store to
purchase something, or to a service
counter and there is a teenager present
they venture to create the narrative
that I want them intimately,
although their true intentions are to
steal from me- Please reference, Trump
CASE, James Meisner and the FBI's

18

along with Kamila Harris and Joeseph Bidens lawsuite in the Civil department. The D.C police in calaboration with the FBI are attempting to discredit and murder me.    AGAIN

I DO NOT WANT THE DC POLICE DEPARTMENT TO FOLLOW ME FOR ANY REASON WHAT-SO-EVER!

I ALSO DO NOT WANT THE FBI STALKING ME FOR ANY REASON WHAT-SO-EVER THEY ARE PREVENTING ME FROM GAINING LEGAL ASSISTANCE TO EXERCISE MY CIVIL AND HUMAN RIGTS

19



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Charmaine E Johnson *Plaintiff*

vs.

_____ *Defendant*

Case No. 2024  5871

The D.C. police department are not
just penetrating the D.C. area &
territory, they have also crossed State
borders. They are sharing the same
results, of identical corruption and
harrassing acts; leaving the same tell
tale signs, in collaboration with the FBI
On the night of the 10ᵗʰ & 11ᵗʰ of
August; I believe the crime happened
on two consecutive nights, my
feet were sliced with a blade outsi
de the MLK Library. Following this
infliction I went to the E.R. by
ambulance to the George Washington
University hospital. I stayed over-
night from the 12ᵗʰ to the 13ᵗʰ and
when I was admitted on the 13ᵗʰ
strangely there were police officers

20

who were walking in and out of the hospital ward. While I was on the ward, I looked at the back of my hospital bed and they had placed someone elses viles - of blood work and specimins - at the back of my hospital bed. This was not the first time that this happened, and when the first incident occured in Florida it was clear that this was not an accident; they were attempting to plant someone elses specimins on me, to give me a diagnosis for a staged illness again. The hospital staff also approached me, to inform me that they were going to give me a EKG. I refused the EKG as obviously it was irrelevent to my reason for being in the hospital, which was two sliced feet - to prevent me from leaving - and stomach problems with diarrea from the dispensed chemicals. In addition to this corruption they also gave me paper work on my departure

21



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

_____    Plaintiff

vs.

_____    Defendant

Case No. 2024 5871

that had a referal for behavioral
health, which was an attempt to
discredit me, by creating a psycolog-
ical disorder. It also is apparent that
the requeste EKG was to plan or
create my murder. The hospital also informed me
that they could not test for date rape drug
On my departure from the hospital
the following day on the 14th August I
came to the superior Court house, and
slept infront of the courthouse camera.
I was again dispensed a date rape
drug that must have been dispensed
in a shake I purchased at the shake shack
shack by Who identified themself as
the FBI through a light grey sedan
they parked in the middle of the road
infront of the court house. That day
I went the the police headquarters

22

to obtain police reports from previous events, and to report the crime; on this occasion they took library receipts to remove the marketing I did for my book and businesses at the MLK library. I also found that my notes from writing my book were gone, although they were gaslighted from one bag to another. When I went to the police headquarters they refused to give me previous police reports, and I was advised to go to the first district station by security at the entrance. I left the headquarters and called the police, through 911, on somes phone and the police never arrived. The police and FBI evidently suspected that I was going to file this lawsuite, thus they ventured to build a case that portrayed I was getting lost, which evoked them to send me on this 'wild goose chase' (when I was at the police head-quarters I mentioned to the officer who was

23



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

_____  Plaintiff

vs.

_____  Defendant

Case No. 2024  5871

situated in the entrance that I was
dispensed a date rape drug, who must
have warned the police not to appear
for the police call to prevent the video
footage being viewed)
On my way to the first district police
station I stopped at CVS and purchased
some Ice Sparkling water, which I later
found that night was also spiked with
a date rape drugs On my way to the
first district I walked up the street
where the station was located on, althey
I was not aware that it was interrupted
by a highway. A man had been placed
at the dead end of that street who
asked me if I wanted some water so
they could blame the date rape on
this man's water, as it I picked up
a beverage off of the streets.

23

When I turned to divert around the highway, to get back onto this stree a police officer appeared who strat egically faced his front camera in my direction; obviously this was to portray that I was getting lost. Aproximately 5 blocks away from the station a couch was placed right in the middle of the walkway, with a Trump colored sedan parked right infront of it. They have done this before, and it was evident they want- ed me to sleep on the couch unprot- ected by no camera.

When I arrived on the block of the station I walked past it, as I was expecting to see a large major station which I beleved is why they sent me all the way to the SE. At that time they had a Asian lady walk past me with a dog indicating negating my fertility. As soon as I crossed the road I knew the station had to be on the block I had just

24



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

_____  *Plaintiff*

vs.                                                    Case No. **2024    5871**

_____  *Defendant*

Crossed over from, so I asked and I
was informed the station was over the
road from the park. When I went into
the station the officer gave me some
of the reports, although he was reluc-
tant to give me the report from the
crime that happened over the road from
the courthouse. At that time I also
told him that I had other reports — from
date rape events — to make, and the
officer told me to go outside the
station and get the information together
and he would take the reports from me
Before I left an Asian officer left the
station as a Satire, and an officer also
strangely asked me where I was sleeping
that night. When I compiled the inform-
ation for the reports, then range the

29

buzzer the officers dispersed and
ignored my rings for entry. That night
I slept, outside a government building
on the corner of 1st street and my
bags were entered. They swapped
the bagel I had for breakfast for a
cancerous replacement - My body and
skin react to these cancerous consumable
that they have been dispensing to me.
and they broke my cart wheel by
removing the rubber from the front. [I
previously locked my food in my case when
I slept, although the D.C. police collab-
orated with the M.D. police and FBI
who removed the screws from my lock!
so that my consumables would be
accessible. Incident # T2400 2950 M.D
Before I left out of that station the
previous day the officer asked me why
I did not go to the 2nd district
police station, as he informed me that
they handled the N.W. territory. I
did not realize at one time that he



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

_____    *Plaintiff*

vs.

_____    *Defendant*

Case No. ___ 2 0 2 4 ___ 5 8 7 1 ___

Sent me to the Station hoping I would
get lost, and they would build their
Case to attempt to validate lies and
Corruption as a lost narrative as a strange
excuse to categorize looking for a unknown
location as a psycological impairment.
So now I made my way to the 2nd
district Station, and on route it was
evident that officers were following me
on route. At one point they had a guy
hang out of his car window and reference
my Micheal Jordan sneakers which are old
and worn out, although as a satire he
asked if he could buy them, even suggesting
to steal them. At dinner time I made
a small diversion to get dinner, and as
I crossed the road to go to the 7/11 the
police had placed an SUV facing the cross

27

road to get to the 7/11. When I went into the Store their tea rack had an item strategically placed infront of it to hide it. The police appear to posses a delusional sense of entitlement to my innovations; as if they are their work, talent and innovation. Which is obviously the reason they hid the tea; tea is part of my culture (what they were doing at the MLK library was to contaminate the water, to deter me from getting tea). I got something to eat and some tea and exited the store, where they had placed a man outside the store who was obviously hoping that I left my tea unattended; they were looking to cover up the crimes that were committed. I turned around and left two packets of sugar on my case; a brown and white packet. They had the man take the brown packet that they were indicating was Micheal B Jordan indicating that they were truly saboteging my connection with him while they pretende that they were assisting me with the situatio

28



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_____  *Plaintiff*

vs.                          Case No. ___2024___ ___5871___

_____  *Defendant*

The polices true venture is to keep me on the streets, while they steal my businesses, so they can actually murder me, or give me illness which eventually will. This man left on a bike, which is their satire for theft, although prior to his departure when I took my tea in the store with me and indicated that I don't leave my drinks unattended, I am being dispensed date rape drugs. He confidently said "I would not do that." As I stood there and ate a teenage appeared with a tray of Natcho's and started to hand them out to people passing by. It is highly likely that the police of that sent this boy there, to suddenly hand out food to attempt to entrap me. As I walked up Massetuses Street to go to the police station the police sent all kinds of nationalities

29

on route to pass me to suggest that t.
I absolutely despise the continous stalking!
I went directly to the station, and the
officer who appeared to assist me was a
black woman (as a side note they are making
all of these color based references as they —
Trump and the racial factions behind the
scenes do not want me to be with a black
man, and certainly not have a black
child as if my businesses are theirs and
they have the liberty to make that
decision, say that in situations like this
black people are used to negate racism)
The black lady officer who appeared was
short and cold, and behind her the
officers who appeared to be on desk
duty were amused as if this situation
is funny. One of the officers had on
dark glasses as a satire for the Freemasons
and the implicit evil that is a vital
component of my racial attack. This
officer printed out a couple reports for
me, although she refused to give me a

30



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_____    *Plaintiff*

vs.                                                    Case No. 2024    5871

_____    *Defendant*

police report. I informed her that I
had Just come out of hospital, following
the crime that had taken place and she
requested to see my wounds when I showed
her my wounds which were chearly slices
with blood seaping out of the slices she
informed me that my feet looked, and
alluded that the wounds were from dryness
I had the same attempt from a doctor in
the hospital, and when this happened
previously in Florida the intake staff they
assigned me tried the same thing (the cuts
were so deep in Florida, that the doctor took
an extray of my feet to enshure no internal
damage was done.
Conclusively I asked the officer for her
Superior, and she went and contacted her
supervisor who informed her to give

3 1

me a police report number, although she would not take dates or times of the event - which is required procedure - It was evident that she did ~~this~~ this to hide the footage from the events at the MLK Library and across from the courthouse so the video evidence was not investigate and the video footage of me being sedated and violated under the illegal dispensing of drugs. That police report number means nothing without the details and video evidence behind the events. As the police had removed my ability to exercise my human an civil rights I left the State and went back to Maryland (This officer and her counterparts in the office evidently displayed their involvement, thus they were unwilling to perform the duties they are being paid to do).

When I arrived in Maryland I was instantly stalked by the FBI and police, who showed that they were also acting on the instructions of the washington D.c

32



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

_Plaintiff_

vs.

_Defendant_

**2024    5871**

Case No.

police and FBI along with instructions
from Joseph Biden, Kamila Harris and
a friend of mine Deborah Adams- Marsh
who recently- within the past five yrs-
passed her bar; Deborah was bribed by
the state of Florida to do her Bar
in Florida - when she resided in Maryland-
hoping that I was going to ask her to
represent me on the case.
On my arrival I went to the commisioners
office daily and wrote out the peace
orders. I t became evident that the
police who were in the commisioners office
daily as I went there bribed the commis-
ioner - who was a dreadlock man that
mainly took the lead - as when I was
complete nothing happened with my cases
and on my way to the police I was

33

sleeping they scattered needles, a knife and all kinds of strange items associated with the cases, on the ground. It was evident that I had disected the situation and identified who the true culprits were behind the vehicle of the police and FBI; Biden, Kamila, James, Dan Barreidel, Debbie and Trump. After throwing innuendo's that I cleaned up the trash from the streets, they simultaneously placed Covid-19 tests in the Commissioners office, as their true plan was to dispense me the Virus. Following I proceeded to write out cases for the courthouse after reserching the legalities, and on the Thursday before the Labour day hoilday a security officer who worked at the Renissance gave me two bottles of water from inside the hotel that contained a date rape drug. During this event that happened on the West Side of Calvert and Pratt outside a vacant retail space under camera they removed me from an

84



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
Telephone: (202) 879-1133 Website: www.dccourts.gov

_____   Plaintiff

vs.

_____   Defendant

Case No. **2024    5871**

top of my suite case and destroyed
evidence that I had collected. They
swapped a water bottle that was
branded from the cafe at the MLK library
and strategically paced it on certain
garments of clothing. It was evident
that the crime was initiate or even perform-
ed by the D.C. police.
The following day the police had someone
steal a sheet I used to cover myself
when I washed my private areas, as
they wanted me to be exposed. The police
wanted me to be seen by the teenagers
they sent by - when I washed my private
parts - so they could support the Princeton
police in their lies of intentional indec-
ent exposure to teenagers. The following
day - on the Friday - a police officer sat

35

outside the Mutual building. When I
approached this officer who was sitting
idle in a marked police car I asked
him for a police report and he appeared
edgy and reluctant to provide me with
one. He took the report and during his
questioning he asked me where I was from
He then informed me that I had to go
to the police station on Baltimore to
request for them to pull the footage, as
he said he did not have enough room to
request it on his phone. On the The
officer said his name was Planter
police #2862. By the Tuesday
the police report number was removed
from my belongings. And, on the Tues-
day when I went to the police head-
quarters on Baltimore a officer appear-
ed at the door and did exactly what
the D.C. police did; told me to go to
another police station, although he gave
me the wrong number when providing
me with the address; it was obvious that

36



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

_____  Plaintiff

vs.

_____  Defendant

Case No. 2024 - 5871

they were adament to make it appear
that I was lost. On route when I crossed
over the road to go to the odd numers
an Indian lady walked up the road as if
she was indicateing that I was going in the
wrong direction by crossing the road, as
per the address the officer provided me
with. On the opposite side of the road across
from the station was a road, and a stop sign
had been turned around on the side that
the police station was located on; they
then had a road worker appear simultaneo.
usly who informed me that I could cross
at the stop sign. The police wanted the
event of me crossing in the middle of the
road to be orchastrated for the camera's
outside the police station. They sent a
Spanish officer out of the station to

37

assist me and told me the report # was 2424722206. This officer was Spanish as a Satire for theft; officer Hemador and he informed me that he could not see the name of the officer who took the report, so I shared call: 410-396-2411 When I called this number the officer hung the phone up on me, and when I called back to ask him for the information on the report he said it was not available. I then asked him his name and he again disconnected the call. I then called 911 and two lady officers appeared and Holton Badge # 3117 advised me she would investigate the crime. (Before the officer disconnected the call, he informed me that Planter 2862 was not part of the Baltimore forces)

When I returned to Washington D.C. on the 5th Sept 2024 to file these lawsuites — they dispensed me another date rape drug in a Arizona tea that I purchased on 14 Street at an Asian convience store Police report # 24-139-259

38



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

_____    *Plaintiff*

vs.

_____    *Defendant*

2024 . 5871

*Case No.* _____

That night I slept under a camera
outside Bread for the city on 7th st.
The crime they performed was identical
to the one in Maryland on the night of
the 29th August. This time they poured the
water over a top that I have that is
orange - which means Trump is a cold blooded
murder from a note I wrote and put in
my orange bag that they saw in Florida
They also poured the water on black and
beige socks - which represents an event
in Florida when they crashed into my
car. As my car was beige. As they did
in M.D. they also swapped the water
bottle, as I marked the bottles.
The police then collaborated with the
FBI - as they have been doing throughout the
attack - and they resumed placing

39

teenagers in my path; at cash registers, on the street in tight garments to appear/pounce right in front of me. Even in the courthouse they had a young lady return my case to me, and when I went to get more paper to write this report for the police and FBI she appeared as the only person behind the counter, as if it would deter me from obtaining more paper to write my account of the crimes. The police also started to enter the courthouse, simultaneously when I walked in through security. They even set up situations at Chick-fil-A where a teenage boy was at the counter, so I went to the counter next to him. The young server behind the counter then did not serve me until the boy left. At the courthouse it was even alluded to that if I did not comply and go into the elevators with these young teenagers that it would negatively affect my case 09/10/24. Today 09/12 they had two teenagers enter the elevators for me to join them.

40



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

_____    Plaintiff                2024    5871

vs.                                        Case No. _____

_____    Defendant

The Police have also being harrassh
me in the night; they have been
venturing to wave me up around
3am in the morning. On the
night of the 24th Sept, 24 at 3am
approximately they had a parade of
about Eight police cars drive down
the road sounding their sirens
driving up 7th Street. Following this
Commotion it was Evident that they
Sent a man to me to enter my back
pack as he woke me out of my sleep
when he lifted my sheet police
report # 24-139-259. They also
venture to create a false narrative
that I do not sleep during the
night, as some type of psycological
disorder.

41

On sunday the 8th August at approx 11:45
I went to Grants to get some food
and drink for lunch. As I entered
the supermarket a grey sedan —
that indicated the FBI was
sitting at the side of the super
market with his rear facing the
entrance. I purchased some
apple juice that was branded
for the store — Giants — Code 882607 bar
512 and when I drank it the
apple juice burned my kidneys and
urinary track which is a consistent
attack and method that has been
used for the past month, and
on prior instances over a
ten year period. This is to give
me V-id      m    s and to make
me urinate m  -    . Police      rt it
24-139-259.    09 10 2024 I went
to Ayuda on K street for assist-
ance with these legal matters.
when I arrived at this office the

42



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
Telephone: (202) 879-1133 Website: www.dccourts.gov

_____     *Plaintiff*

vs.                                                      Case No. 2024   5871

_____     *Defendant*

lady suggested that I waited to
speak with their worker from the
social services, which is a strategy
they — the FBI specifically — have
been using throughout this attack,
as the social services breached
their confidentiality law by
adrising one of the thieves — Dan
Bernadel — that I was attending
Canciling session after the regurgi-
tation of an historical rape; this
breach happened in Florida. So the
FBI uses any entity or organization
who has done something wrong to
me to evoke and collaborate in this
racial attack. The lady behind
the counter wore light grey
for the FBI, and it was clear that

43

corruption was intended during our conversation. I told her that the Social services were unable to assist me, as what I need is legal representation. At that time she gave me an address for D.C. Volunteers lawyers project at the AAF Health Center. at 2141 K street. When I arrived at the suite 707 it was an kids clinic, and as I entered the building a Trump colored vehicle -Dark grey - simultaneously pulled away from the building. While I was in the clinic, they threw innuendo that they are going to give me HIV. They then had one of their patients exit the building and sit at the entrance wearing fusia pink; she was indicating that if I did not have a child, they would allow me to live.
As I walked up K street and

44



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

_____     Plaintiff

vs.                                                      Case No. 2024    5871

_____     Defendant

arrived to 16th street - where the
police Station was located - a white
Suv nearly knocked me over at
the Crossing man. In addition they
had a black suv - that they are
using to indicate the FBI, police
and the faction of thieves - sit
outside the Ayuda building at
1990 K street.

These events and the corruption is
continous. I am afraid for my
health and my life! Thus, I am
also Furious about the false narrative
and the deformation of my Charac-
ter for the theft of my Innovat-
-ions.

45

Additional Sheets have been added
to this Case. (nd caunt of Addition
all pages 66 pages!

46 of 66

FILED
CIVIL DIVISION

SEP 1 6 2024

Superior Court of the
District of Columbia

**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Charmaine Johnson _Plaintiff_

Police (DC. Police Dept) _Defendant_

FBI (Christopher Wray)

Police Case No. 2024-CAB-00577

And

FBI case No!

It is evident that due to the Washington D.C. Poico departments actions that they are playing the game of 'Devils advocate' while assisting the FBI in the crimes that are taking place, for capital gain.

On 09/10/2024 I went to the George Washington Convention Center, as when I looked inside the informer news paper I saw that there was a convention for black professionals called from vision to victory. Thus, I wanted to locate the convention center prior to the event. As I stood infront of the convention center a light grey sedan appeared and sat idle outside the convention center with it's blinkers on; it was the FBI who had again being stalking me.

117 of 66

obviously they passed this innuendo to indicate that they were in control of orchastrating corruption at the event. I really stopped going to events, as on June 1st I scheduled to go to an event called; pharaphase; why black people's racial oppression is comparable to palestine This event I scheduled on eventbrite. The day of this event is when the police and FBI had Anton Mitchell assault me CCN# 24082734. Following that event, which I did not attend, and conclusively ended up spending the night in E.R. following the assault. the police and FBI have been staging events online, so I would book them. A lot of these events they have staged in universities or in arena's where young adults would attend, so that they can build a false case that I am sexually attracted to teenagers.
On the morning of 09/11/24 I walked from the Shaw library towards the convention center. When I arrived at ◯ and

48 of 66



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Charmaine Johnson _Plaintiff_

vs.

Police and FBI (Christopher wray) _Defendant_

Police Case #

Case No. 2024-CAB-005776

7th Street a police SUV parked with the front camera facing the sidewalk where I was going to pass by, with a beige sedan parked behind it. This beige sedan represents my Lexus that they - the police and FBI - bullied from me in California. They did this to hide the evidence of a Collision, when they had a minor crash into my vehicle, then portrayed as if I was the person at fault (they had this minor climb from the passengers, to the drivers seat to portray that he was not driving the Vehicle (I find it disturbing that they are portraying to have concern for those children, while placing them in such endangerment and compromising situations. Suprisingly how they managed to bully my Vehicle from me is that they had someone

11.9 of 66

steal my car keys, then when I went to the Lexus dealer and paid them $500 for a new key-and also had my vehicle towed there - they lied to me for around 3-4 days then they created a narrative that they could not make me a new key, as my car was made in Hawii, which was untrue. They then showed me an address where my business was being laundered from on Commercial Blvd in Florida, as a hint that I should go to Florida to obtain the rest of my stolen belongings, and when I went to Florida I was nearly murdered! When I saw this beige sedan parved behind this police suv, I knew they had something lethal planned for me, at the convention center. The registration started at 7a.m. and I arrived at the door around 6:45am. As soon as I approached the building and walked through the door a security guard briskly approached me. He asked me what event I was attending, and I advised him that it was the vision to Victory event, and

50 of 66



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Charmaine Johnson _Plaintiff_

vs.

Police
&
FBI (Christopher Wray)  _Defendant_

Police NO
Case.

FBI
case No.

Case No. 2024-CAB-005776

I pointed at one of the many posters that
surrounded the building. He then asked me
where I was going, and I informed him
"The East Salon". The security guard then
stood there and started to flip through a
stack of papers that he had in his hand.
"Do you not know where the East Salon is?"
I asked, as he ignored me and continued
to flip through these papers as if he was
required to validate my entry. Around
five minutes later a guy appeared holding a
black and dark blue bag - this it appeared
represented the police stealing a portion
of my businesses - and when this man
exited the building he turned to me (this security officer)
casually and said "to your right" he
was working for the corrupt police, who
evidently had a time frame of my arriv-

51 of 96

that they needed to bypass, although as I arrived prior, as they generally do, they had to do it through corruption. When I arrived at the East Salon there were young teenage looking ladies in the section where you would just pick up your badge if you registered online. This it appeared that they did for me, as if I registered online it would bypass their orchastrated corruption to make me appear incompetent and computer illiterate. At the other desk – where you register on a computer at the desk – was a dreadlocks with grey hair, one with colored dread locks, and a bald headed lady (I now know that these ladies also represented my situation, and they were the catalystes they were going to use to evoke my attack; who I went to dependend on the severity of my attack and the angle they were going to take. There also was a guy who sat there on a light and dark green chair – for Biden

52.46



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Charmaine Jonson _Plaintiff_ | Poice Case NO:
Poice _vs._ | Case No. 2024-CAB-005776
and
FBI (Christopher wray) _Defendant_ | FBI case No:

and Kamila – who was evidently represen
ting _~~parking~~_ intentions to take or accessing my backpack
for theft. I first complained to one of
the staff about the conduct of the
security officer at the entrance. It was
after I made this complaint, that the guy
with the backpack just disappeared.
Then I went to register when it turned
7am. I was the first person to register,
and I went to the bald headed lady, as
she was the one who was sitting in front
of where I was stood. When I registered
I realized that my e-mail address had
been simultaneously changed to charmain
est@hotmail.com which is a combination
of two of my e-mail addresses, and it is
incorrect, as my charmaineest account is yahoo, not
hotmail. I attempted to go back to

53 of 66

rectify this, and the system would not
allow me, so when I went onto another
computer to locate myself the activity
did not come up. They have been playing
these computer games for years to deem
me incompetent. When I was developing
my businesses in Florida, while they were
watching remotely as I am a black woman
it is evident that they underestimated
me. When I had opened Le Spot European
Day Spa. I built a website for my Spa
on Wix, which is a user friendly site
for anyone who has general computer
skills. I am not a computer genius,
although I have university level compu-
ter skills. So when they secluded me
from society and required that I
then built another website or a
application for computer experts / scientist
who have been learning the trade for
years, it was evident that they under-
estimated my potential and thought
that I was not going to be able to

54 of 66.



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Charmaine Johnson _Plaintiff_     Police No. 2024-CAB-
                                  Case    _Case No._ 005776

Police    vs.
and
FBI (christopher wray)            and
                                  FBI
                                  CASE NO.

build the website. Conclusively, I worked on
the application - on Joomla, built the
website, then they blocked me from having
my website go live. Everything that they
expected me not to be able to do I did
it, so they attempted to murder me at
that time by leaving the stove on, and the
day prior they had the owner of the busines
Dr. Miller check all the electrical wires for
insurance purposes (this is an attempted
murder that I have not listed in my
lawsuits).
While I was at the convention center, and
this malfunction with the system appeared, it
was as if the staff had prepared for the
occasion. The bald headed lady - who's
counter I went to - suddenly put on a
mask. It is highly likely that this was

PG. 111

done to indicate for the camera's to dispense chemicals into my consumables. It was following all of this commotion that I realized who the bald headed lady represented; A friend of mine who's name is Deborah Adams who has recently passed her Bar to be a lawyer. The State of Florida recruited Deborah into the corruption after a conversation her and I had over the phone - around the time of the attempted arson murder - when Deborah said "Char, I finish law school soon". Florida then decided to bring Deborah onboard through bribes, as part of the attack, then they had her leave Maryland, and go to Florida to do her bar examination. When she was complete it was all a wasted plot, as unfortunately I am not a simpleton, so now Deborah will become part of the list of people in court for assisting with the crimes.

After the registration commotion I walked out into the lobby where a lady voluntarily approached me and advised me that the first seminar was over the road. When I walked

50 of 6



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Charmaine Johnson _Plaintiff_

Police
&
FBI (Christopher Wray) _Defendant_

vs.

Police Case No: 2024 - CAB - 005
Case No. 776

FBI
CASE NO:

outside the building there was a police officers
suv sitting on the road in the middle of the
buildings of the convention center, and when
I walked over the road, as advised by this
lady, another police vehicle appeared which
was evidently represeting my situation and
further prevention as this was the ladies
strategy to portray that I was going in the
wrong direction. Eventually I made my way
to Hall D for the news confrence - after going
to the public library and posting on Facebook
about the corruption that had taken place
so far. The news confrence took place around
lunch time and they had wraps and sandwiches
along with Pepsi, Diet Pepsi and water. This
Pepsi phenomenon has been something they
had provided at other events. As I have
expressed I am not a soda drinker - generally

74 of 6

["I was just not raised" on soda growing up]

although I am not allergic to it – although if I do have a soda it would be Pepsi, orange or ginger. They provided this beverage as an attempt to 'trip me up' as everything that I like – or do not like – has to be literal and 'cut dry' the attackers fail to explore the details and tend to draw assumptions, as basically they are opportunistically committed to misunderstanding me, or 'drawing' the negative option for any situation or circumstance, the bottom line is for theft. I got my food and at one point I left it for a few seconds unattended, so I then had to throw it all away, and get another plate.

When the press conference started it was evident that there was an agreement to venture on keeping me away from the potential assistance with my attack; it was abrupt, hasty and when I attempted to speak with a representative of the news station I was guarded away and informed that she would return. That afternoon I left the convention center knowing that

5'8 461

for me they knew I would leave the library
due to the biker phenomenon, and they
knew that was the first city camera
on that side of the road. (ENTRAPMENT) Suddenly a
swarm of children started to appear, and
a guy who wore dark glasses - as a saline -
holding a cup of tea in his hands. I started
to pack my belongings up and asked him
if he was a school teacher, and he said yes
It was when these children arrived that I
actually realized that I was near a school
As I walked away the guy asked me if
I wanted some mints "I have mints" I replied.
I had got some mints from one of the vendors at
the event. It was Just after 11 a.m when I
went to the event at the convention center,
and when I arrived in the D Hall the
security entered and lead me in the entrance
of the hall, he indicated that I had to
leave my bags. He informed me that they
would be in front of camera's and that the
security at the door will watch them.
When I left the bags I suspected

68 96

# Superior Court of the District of Columbia
## CIVIL DIVISION

**Check One:**

☐ **Civil Actions Branch**
500 Indiana Ave., N.W.
Room 5000
Washington, D.C. 20001
Telephone: (202) 879-1133

☐ **Landlord & Tenant Branch**
510 4th Street, N.W.
Room 110
Washington, D.C. 20001
Telephone: (202) 879-4879

☐ **Small Claims & Conciliation Branch**
510 4th Street, N.W.
Room 120
Washington, D.C. 20001
Telephone: (202) 879-1120

### ~~PRAECIPE~~

Charmaine Johnson
_____
Plaintiff
Police (D.C Police Dept.)     Police No. 2024-CAB-
and                            Case No.: 005776
_____
Defendant
FBI (D.C. FBI Dept.)
Christopher Wray
The Clerk of said Court will ~~suspected~~ that something
was wrong, the place where the security
officer told me to place the bags had open-
ed drink strategically placed around it
and when I started to move these drinks
he attempted to stop me expressing that
they were somebodies drinks. The place
where the officer got me from was in line
where I was waiting for some Popcorn, when
they strategically had a gay candy stand

The ____ day of _____, ____.

_____       _____
Plaintiff (or Attorney for Plaintiff)       Defendant (or Attorney for Defendant)
Printed Name and Signature                  Printed Name and Signature

_____       _____
Address                                     Address

_____       _____
Telephone No.    Bar No.                    Telephone No.    Bar No.

CV-358/Feb. 2018

of 4

# Superior Court of the District of Columbia
## CIVIL DIVISION

Check One:

☐ Civil Actions Branch
500 Indiana Ave., N.W.
Room 5000
Washington, D.C. 20001
Telephone: (202) 879-1133

☐ Landlord & Tenant Branch
510 4th Street, N.W.
Room 110
Washington, D.C. 20001
Telephone: (202) 879-4879

☐ Small Claims & Conciliation Branch
510 4th Street, N.W.
Room 120
Washington, D.C. 20001
Telephone: (202) 879-1120

## ~~PRAECIPE~~

Charmeine Johnson

Plaintiff

D.C. Police Dept

and

Defendant

D.C. FBI (Christopher Wray)

Police Case No: 2024 - CAB - 0087

Case No.: 76

~~The Clerk of said Court will~~ ~~Stand~~ in line in front of me, when they saw me approaching. On my return to the line aproximately 4 or 5 security guards appeared and escorted me to my bags, then out of the convention center informing me that the secret service were present, I have observed the secret service following me around near the white house on previous occasions. I had some oatmeal and the mints in my bags - they were the only hoards

The _____ day of _____, _____

Plaintiff (or Attorney for Plaintiff)
Printed Name and Signature

Defendant (or Attorney for Defendant)
Printed Name and Signature

Address

Address

Telephone No.　Bar No.

Telephone No.　Bar No.

CV-358/Feb. 2018

## Superior Court of the District of Columbia
### CIVIL DIVISION

**Check One:**

☐ **Civil Actions Branch**
500 Indiana Ave., N.W.
Room 5000
Washington, D.C. 20001
Telephone: (202) 879-1133

☐ **Landlord & Tenant Branch**
510 4th Street, N.W.
Room 110
Washington, D.C. 20001
Telephone: (202) 879-4879

☐ **Small Claims & Conciliation Branch**
510 4th Street, N.W.
Room 120
Washington, D.C. 20001
Telephone: (202) 879-1120

### ~~PRAECIPE~~

Charmaine Tonnsen
_Plaintiff_

Police (D.C. Police Dept)                Police
and                                       Case No.: NO 2024 - CAB -
_Defendant_                               0005776
D.C. F.B.I (Christopher Bray)    and FBI case no:

The Clerk of said Court will Consumables I had in my bags.
I then went to a Coffee shop over the
road and got some water to eat some of
the Oats for lunch, as the security staff
at the Convention center should be repetuble
and I would not expect for them to attempt
to murder me. As I got the water I noticed
a Caucasian guy who was wearing a suite
who sat near the window who was watching
me. It was almost instantly as I ate

The _____ day of _____, _____

_____
Plaintiff (or Attorney for Plaintiff)
Printed Name and Signature

_____
Defendant (or Attorney for Defendant)
Printed Name and Signature

_____
Address

_____
Address

_____
Telephone No.        Bar No.

_____
Telephone No.        Bar No.

CV-358/Feb. 2018

63 of

## Superior Court of the District of Columbia
### CIVIL DIVISION

Check One:

☐ **Civil Actions Branch**
500 Indiana Ave., N.W.
Room 5000
Washington, D.C. 20001
Telephone: (202) 879-1133

☐ **Landlord & Tenant Branch**
510 4th Street, N.W.
Room 110
Washington, D.C. 20001
Telephone: (202) 879-4879

☐ **Small Claims & Conciliation Branch**
510 4th Street, N.W.
Room 120
Washington, D.C. 20001
Telephone: (202) 879-1120

## ~~PRAECIPE~~

Charmaine Johnson
_Plaintiff_

D.C. Police Dept
and
_Defendant_ D.C. FBI (Christopher wray)

Police
Case No. 2024-CAB-
Case No.: 005476

FBI
~~Case~~ no.:

The Clerk of said Court will ~~file~~ the small cup of oats that I realized that they had been transfered for Cancerous Oats, They also swapped the mints with adulterad mints to effect my urinary track and liver. As a Satire these evil people involved danned this for Friday 13th (the day prior I handed in an addition to my lawsuite for the police and FBI which had a descriaction of the police who were at the second district police

The _____ day of _____, _____

_____
Plaintiff (or Attorney for Plaintiff)
Printed Name and Signature

_____
Defendant (or Attorney for Defendant)
Printed Name and Signature

_____
Address

_____
Address

_____
Telephone No.      Bar No.

_____
Telephone No.      Bar No.

CV-358/Feb. 2018

# Superior Court of the District of Columbia
## CIVIL DIVISION

**Check One:**

☐ **Civil Actions Branch**
500 Indiana Ave., N.W.
Room 5000
Washington, D.C. 20001
Telephone: (202) 879-1133

☐ **Landlord & Tenant Branch**
510 4th Street, N.W.
Room 110
Washington, D.C. 20001
Telephone: (202) 879-4879

☐ **Small Claims & Conciliation Branch**
510 4th Street, N.W.
Room 120
Washington, D.C. 20001
Telephone: (202) 879-1120

## PRAECIPE

Charmeine Johnson
_Plaintiff_

Police
Case No: 202-CAB-00
Case No.: 5776

D.C. Police Dept
De- FBI Dept (Christopher and FBI Case No:
wray)
_Defendant_

The Clerk of said Court will Station wearing Sunglasses which was the reason why the teacher wore glasses and offered me mints, which were probably contaminated as they did to the ones in my bag). I went to the 7/11 following, and they had someone switch the prices on the cups, then had a lady pay for my drink with two Gatorades as a satire for spiking my beverages. I then arrived at the court house, and they placed a dead rat under a orange and white cone right in the middle of the court house crossing, that was for me waiting them out, thus they indicated that they were penetrating corruption in the court house

The _____ day of _____,

_____
Plaintiff (or Attorney for Plaintiff)
Printed Name and Signature

_____
Defendant (or Attorney for Defendant)
Printed Name and Signature

Address _____

Address _____

_____

_____

Telephone No. _____ Bar No. _____

Telephone No. _____ Bar No. _____

CV-358/Feb. 2018

654

The police also alluded to assisting
the FBI with false narratives
on me being attracted to young
teenage boys.

66 a 66



# Superior Court of the District of Columbia
## CIVIL DIVISION

**Check One:**

[ ] **Civil Actions Branch**
500 Indiana Ave., N.W.
**Room 5000**
**Washington, D.C. 20001**
Telephone: (202) 879-1133

[ ] **Landlord & Tenant Branch**
510 4th Street, N.W.
**Room 110**
**Washington, D.C. 20001**
Telephone: (202) 879-4879

[ ] **Small Claims & Conciliation Branch**
510 4th Street, N.W.
**Room 119**
**Washington, D.C. 20001**
Telephone: (202) 879-1120

_____
Plaintiff

v.                                    CASE NUMBER: _____

_____
Defendant

## ANSWER OF DEFENDANT

The defendant answers the claim(s) of plaintiff(s) as follows:

_____

_____

_____

_____

_____

### SIGNATURE AND ADDRESS OF PARTY/ATTORNEY

_____          _____
Signature                                 Date

_____          _____
Printed Name and Bar Number (if applicable)   Street Address

_____          _____
Email Address and Phone Number            City, State, Zip

### CERTIFICATE OF SERVICE

I hereby certify that on _____ (date), that a copy of this Answer was sent in the manner indicated
to the party/parties in this case or their attorney(s) as listed below:

[ ] E-served on or [ ] Mailed to (check one)

_____          _____
Name                                      Name

_____          _____
Street Address                            Street Address

_____          _____
City, State, Zip                          City, State, Zip

_____          _____
Email Address and Phone Number            Email Address and Phone Number

Form CV(6)-451/Jan. 2020                  Super. Ct. Civ. R. 12; Super Ct. L&T R. 5 & Super. Ct. SC R. 5



Summons

You are named in a lawsuit filed in the Superior Court of the District of Columbia
hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case
may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live
chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**    Charmaine Elizabeth Johnson v. Christopher Wray

**To:**    Christopher Wray                        **Case Number:**    2024-CAB-005871

### NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE
Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **12/20/2024** at **9:30 AM** in **Remote
Courtroom 219**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

#### To Join by Computer, Tablet, or Smartphone:
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb219

   Meeting ID: 129 315 2924

2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

#### OR To Join by Phone:
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "**##**"

#### Resources and Contact Information:
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and
   forms.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuita de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría en el número de teléfono que figura en la parte superior de la primera página de este anuncio. Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች:**

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎምላቸው መጠየቅ ይችላሉ። አስተርጓሚ ወይም የጽሑፍ ትጉም ለመጠየቅ፣ እባክዎን በዚህ ደብዳቤ የመጀመሪያ ገጽ እናት ላይ በተቀመጠው ስልክ ቁጥር የፍርድ ቤቱን መዝገብ ቤት ቢሮን ያናግሩ። ለበለጠ መረጃ https://www.dccourts.gov/language-access ላይ ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን ከ https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

**SUPERIOR COURT**
**E DISTRICT OF COLUMBIA**
**ASHINGTON, D.C. 20001**

**OFFICIAL BUSINESS**
**PENALTY FOR MISUSE**



OPENED & INSPECTED
SEP 26 2024
MAIL SERVICES #16



US POSTAGE PITNEY BO
ZIP 20001   $ 009.25⁰
02 4W
0000380478 SEP 23 2024

Christopher Wray
Washington DC FBI
935 Pennsylvania Ave, NW
Washington, DC. 20535

UM
10140